# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0984. PETER D. ANZO v. WELLS FARGO BANK, N.A.**

On September 12, 2012, Peter Anzo filed this direct appeal from the trial court's order denying his motion to set aside a March 23, 2012 order granting summary judgment to Wells Fargo Bank. We, however, lack jurisdiction.

Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). As a rule, "[a] notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of . . . ." OCGA § 5-6-38 (a). Anzo, however, did not file a notice of appeal within 30 days after entry of the grant of summary judgment. Instead, he filed a motion to set aside and vacate the judgment. The filing of such a motion does not extend the time to appeal the grant of summary judgment. Moreover, the trial court's order denying the motion to set aside could only be appealed through the discretionary appeal procedures. See OCGA § 5-6-35 (a) (8); *Rogers v. Estate of Harris*, 276 Ga. App. 898, 899 (625 SE2d 65) (2005). Anzo did not follow those procedures here.

Because Anzo did not file a timely notice of appeal from the trial court's summary judgment order or follow the requisite appellate procedures for appealing from the denial of a motion to set aside, we lack jurisdiction to consider this appeal. It is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,* 02/25/2014
　　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*